**RHODE ISLAND COUNCIL 94, AFSCME, AFL–CIO LOCALS: BOYS & GIRLS TRAINING SCHOOL, LOCAL 314, AFSCME, COUNCIL 94, AFL–CIO ET AL.**

v.

**Lincoln D. Chafee et al.**

**No. 2012–333–M.P.**

Supreme Court of Rhode Island.

Dec. 6, 2012.

Lynette J. Labinger, Esq.

John A. Tarantino, Esq.

James R. Lee, Department of Attorney General.

Rebecca T. Partington, Department of Attorney General.

## ORDER

For the reasons expressed in our Order issued on this date in *Rhode Island Public Employees' Retiree Coalition et al. v. Lincoln D. Chafee et al.*, 58 A.3d 915 (R.I. 2012), the petition for writ of certiorari is denied.